IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CATHERINE A. DEHAVEN, *et al.*  )
                                  )
      Plaintiffs,           )
v.                                      )    Civil Action No. 3:15-cv-0026-JAG
                                  )
BANK OF AMERICA, N.A.,.      )
                                  )
      Defendant.          )
                                  )

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, Catherine A. Dehaven and Somphot A. Jansawang and the Defendant, Bank of America, N.A., by counsel, and hereby moves the Court to dismiss with prejudice all claims against Bank of America, N.A., in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against Bank of America, N.A. is DISMISSED with prejudice.

Entered this __18th__ day of May, 2015.

                                              /s/ John A. Gibney, Jr.
                                              JOHN A. GIBNEY, JR.
                                              United States District Judge

WE ASK FOR THIS:

*/s/*

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

*/s/*

Brian E. Pumphrey (VSB No. 47312)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Tel. 804.775.1000
Fax. 804.775.1061
bpumphrey@mcguirewoods.com
*Counsel for Defendant*

2